## HUGH PARKER V. THE STATE.

No. 21390. Delivered January 29, 1941.

The opinion states the case.

*Walter E. Gates,* of San Saba, for appellant.

*Lloyd W. Davidson, State's* Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for the possession of intoxicating liquor for the purpose of sale in dry area, punishment assessed being a fine of $150.00.

The record contains no bills of exception. The facts have been reviewed and are sufficient to support the verdict.

The judgment is affirmed.